# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, on behalf of himself and all others similarly situated, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>FCA US LLC, )<br>)<br>*Defendant*. ) | C.A. No. 1:23-cv-00013-MN |

## STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND

WHEREAS, Plaintiff filed his Class Action Complaint on January 5, 2023, and Defendant FCA US LLC was served with process on January 6, 2023;

WHEREAS, FCA US's responsive pleading is presently due on January 27, 2023, but FCA US needs additional time to investigate Plaintiff's claims and prepare its response;

WHEREAS, the parties have agreed that the deadline for FCA US to respond to the Complaint may be extended by thirty days, through February 27, 2023;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection;

NOW, THEREFORE, the parties hereby stipulate, subject to Court approval, that FCA US shall have until February 27, 2023 to move, answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

| | |
|---|---|
| /s/ P. Bradford deLeeuw | /s/ Patrick M. Brannigan |
| **DELEEUW LAW LLC** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
| P. Bradford deLeeuw (DE Bar No. 3569) | Patrick M. Brannigan (DE No. 4778) |
| 1301 Walnut Green Road | Jessica L. Reno (DE No. 5950) |
| Wilmington, Delaware 19807 | 222 Delaware Avenue, Suite 700 |
| T: (302) 274-2180 | Wilmington, Delaware 19801 |
| brad@deleeuwlaw.com | T: 302-574-7400 |
| | pbrannigan@eckertseamans.com |
| | jreno@eckertseamans.com |

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H St. NE, Suite 302
Washington D.C. 20002
T: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**COUNSEL FOR FCA US LLC**

Daniel E. Gustafson
David A. Goodwin
Noah L. Cozad
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
ncozad@gustafsongluek.com

Scott D. Hirsch
**SCOTT HIRSCH LAW GROUP, PLLC**
6810 N. St. Road 7
Coconut Creek, FL 33073
T: (561) 569-7062
scott@scotthirschlawgroup.com

**COUNSEL FOR PLAINTIFF**

**SO ORDERED**, this _____ day of _____, 2023.

_____
HON. MARYELLEN NOREIKA
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 20, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

    /s/ *Patrick M. Brannigan*