# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, on behalf of himself and all others similarly situated, | )<br>) C.A. No. 1:23-cv-00013-MN<br>) |
| *Plaintiff*, | )<br>) |
| v. | )<br>) |
| FCA US LLC, | )<br>) |
| *Defendant*. | ) |

## FCA US LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant FCA US LLC moves this Court to dismiss Plaintiff's Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for the motion are set forth in the supporting brief, which is submitted herewith.

Dated: February 27, 2023

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

 /s/ *Patrick M. Brannigan*
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

-and-

**THOMPSON COBURN LLP**

Stephen A. D'Aunoy (*to be admitted pro hac vice*)
Scott H. Morgan (*to be admitted pro hac vice*)
One US Bank Plaza
St. Louis, Missouri 63101
T: 314-552-6354
sdaunoy@thompsoncoburn.com
smorgan@thompsoncoburn.com

*Attorneys for Defendant FCA US LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 27, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Patrick M. Brannigan*