# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESSE CROWELL, on behalf of himself and all others similarly situated, | ) ) ) | C.A. No. 1:23-cv-00013-MN |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | |
| FCA US LLC, | ) ) | |
| *Defendant*. | ) ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT FCA US LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

The Court, having considered all papers and arguments in support and in opposition to Defendant FCA US LLC's Motion to Dismiss Plaintiff's Class Action Complaint ("Complaint"), finds and concludes that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Complaint is subject to dismissal because Plaintiff fails to state any claim entitling him to relief. Because the Complaint is subject to dismissal in its entirety, FCA US's requested alternative relief of dismissing/striking Plaintiffs' class allegations is moot.

Accordingly, IT IS HEREBY ORDERED that FCA US LLC's Motion to Dismiss the Complaint is granted.

Plaintiff's Class Action Complaint is dismissed in its entirety, with prejudice and without leave to amend.

Dated: _____                    _____
                                                  Hon. Maryellen Noreika
                                                  United States District Judge