# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, on behalf of himself and all others similarly situated, | ) )  C.A. No. 1:23-cv-00013-MN |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| FCA US LLC, | ) ) |
| *Defendant*. | ) ) |

## FCA US LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. Rule 7.1(a), Defendant FCA US LLC, by its attorneys, hereby states that it is a Delaware limited liability company with its principal place of business in Auburn Hills, Michigan. It is not publicly owned. It has one member, FCA North America Holdings LLC, which is not publicly owned. FCA Foreign Sales Holdco Ltd. (UK) is the sole member of FCA North America Holdings LLC. FCA Foreign Sales Holdco Ltd. (UK) is wholly owned by SFS UK1 Limited (UK), which is wholly owned by Stellantis N.V. Stellantis N.V. (formerly Fiat Chrysler Automobiles N.V.) is a publicly traded entity organized and existing under the laws of, and with its principal place of business in, the Netherlands.

Dated: February 27, 2023            Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

 /s/ *Patrick M. Brannigan*
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

-and-

**THOMPSON COBURN LLP**

Stephen A. D'Aunoy (to be admitted *pro hac vice*)
Scott H. Morgan (to be admitted *pro hac vice*)
One US Bank Plaza
St. Louis, Missouri 63101
T: 314-552-6354
sdaunoy@thompsoncoburn.com
smorgan@thompsoncoburn.com

*Attorneys for Defendant FCA US LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 27, 2023, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

                                                          /s/ *Patrick M. Brannigan*