# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, on behalf of himself and all others similarly situated, | ) )  C.A. No. 1:23-cv-00013-MN |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| FCA US LLC, | ) ) |
| *Defendant*. | ) ) |

### STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS, FILING OF AMENDED COMPLAINT, AND BRIEFING SCHEDULE FOR ANY MOTION TO DISMISS AMENDED COMPLAINT

WHEREAS, Plaintiff filed his Class Action Complaint (the "Complaint") on January 5, 2023, and Defendant FCA US LLC was served with process on January 6, 2023;

WHEREAS, the parties agreed to, and the Court granted, a 30 day extension of the deadline for FCA US to respond to the Complaint until February 27, 2023;

WHEREAS, FCA US filed a motion to dismiss (the "Motion to Dismiss") [D.I. 6] and Opening Brief in support of the motion to dismiss [D.I. 7] on February 27, 2023;

WHEREAS, the parties have discussed an appropriate briefing schedule for the Motion to Dismiss and, in the event Plaintiff files an amended complaint, a briefing schedule for any motion to dismiss the amended complaint;

NOW, THEREFORE, the parties hereby stipulate, subject to Court approval, to the following schedule:

(1) Plaintiff shall file his Answering Brief in opposition to the Motion to Dismiss or shall file an amended complaint, on or before April 4, 2023;

(2) If Plaintiff files an Answering Brief in opposition to the Motion to Dismiss:

    a. FCA US shall file its Reply Brief in response in further support of its Motion to Dismiss on or before April 25, 2023;

(3) If Plaintiff files an amended complaint:

    a. FCA US shall respond or move in response to the amended complaint on or before May 2, 2023;

    b. Plaintiff shall file his Answering Brief in opposition to such motion to dismiss on or before June 9, 2023;

    c. FCA US shall file its Reply Brief in further support of such motion to dismiss on or before June 30, 2023;

(4) The parties may amend the deadlines set forth above by mutual agreement, provided they promptly inform the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ P. Bradford deLeeuw | /s/ Patrick M. Brannigan |
| **DELEEUW LAW LLC** | **ECKERT SEAMANS CHERIN &** |
| P. Bradford deLeeuw (DE Bar No. 3569) | **MELLOTT, LLC** |
| 1301 Walnut Green Road | Patrick M. Brannigan (DE No. 4778) |
| Wilmington, Delaware 19807 | Jessica L. Reno (DE No. 5950) |
| T: (302) 274-2180 | 222 Delaware Avenue, Suite 700 |
| brad@deleeuwlaw.com | Wilmington, Delaware 19801 |
| | T: 302-574-7400 |
| Nicholas A. Migliaccio | pbrannigan@eckertseamans.com |
| Jason S. Rathod | jreno@eckertseamans.com |
| **MIGLIACCIO & RATHOD LLP** | |
| 412 H St. NE, Suite 302 | **COUNSEL FOR FCA US LLC** |
| Washington D.C. 20002 | |
| T: (202) 470-3520 | |
| nmigliaccio@classlawdc.com | |
| jrathod@classlawdc.com | |

Daniel E. Gustafson
David A. Goodwin
Noah L. Cozad
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
ncozad@gustafsongluek.com

Scott D. Hirsch
**SCOTT HIRSCH LAW GROUP, PLLC**
6810 N. St. Road 7
Coconut Creek, FL 33073
T: (561) 569-7062
scott@scotthirschlawgroup.com

**COUNSEL FOR PLAINTIFF**

        SO ORDERED this 7th day of March 2023.

        _/s/ Maryellen Noreika_____
        The Honorable Maryellen Noreika
        United States District Judge