**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JESSE CROWELL, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 1:23-cv-00013-MN |
| v. | |
| FCA U.S. LLC, | |
| Defendant. | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel Moves for the admission pro hac vice of David A. Goodwin to represent Plaintiffs, Jesse Crowell, Stephanie Gelber, Bener Saka, Peter Nau, Robert Thompson, Jason Figley, Mike Kwiatkowski, Kenneth Forst, Christopher Gittings, and Lonnie Heeter in this matter.

Respectfully submitted,

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
DELEEUW LAW LLC 1301
Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

*Attorney for Plaintiffs*

Date: April 20, 2023

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____          _____
                                                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Dated: April 14, 2023

_/s/ David A. Goodwin_____
David A. Goodwin (MN #
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgoodwin@gustafsongluek.com