# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, *et al.*, on behalf of themselves and all others similarly situated, | )<br>)  C.A. No. 1:23-cv-00013-MN<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) |
| FCA US LLC, *et al.*, | )<br>) |
| *Defendants*. | ) |

## DEFENDANT FCA US LLC'S APPLICATION FOR ORAL ARGUMENT ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to District of Delaware Local Rule 7.1.4, Defendant FCA US LLC hereby requests oral argument on its Motion to Dismiss Plaintiff's First Amended Class Action Complaint (D.I. 20) filed on May 2, 2023.

    Respectfully submitted,

    **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

    */s/ Patrick M. Brannigan*
    Patrick M. Brannigan (DE No. 4778)
    Jessica L. Reno (DE No. 5950)
    222 Delaware Avenue, Suite 700
    Wilmington, DE 19801
    302-574-7400
    pbrannigan@eckertseamans.com
    jreno@eckertseamans.com

    -and-

                                   **THOMPSON COBURN LLP**

                                   Stephen A. D'Aunoy (*pro hac vice*)
                                   Scott H. Morgan (*pro hac vice*)
                                   One US Bank Plaza
                                   St. Louis, Missouri 63101
                                   314-552-6354
                                   sdaunoy@thompsoncoburn.com
                                   smorgan@thompsoncoburn.com

                                   *Attorneys for FCA US LLC*

Date: <u>July 6, 2023</u>