# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, STEPHANIE GELBER, BENER SAKA, PETER NAU, ROBERT THOMPSON, KENNETH FORST, JASON FIGLEY, MIKE KWIATKOWSKI, CHRISTOPHER GITTINGS, and LONNIE HEETER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>FCA U.S. LLC,<br><br>      Defendant. | Case No. 1:23-cv-00013-MN |

## PLAINTIFFS' UNOPPOSED MOTION TO APPOINT INTERIM CLASS COUNSEL AND LIAISON COUNSEL

Plaintiffs Jesse Crowell, Stephanie Gelber, Bener Saka, Peter Nau, Lonnie Heeter, Robert Thompson, Kenneth Forst, Jason Figley, Mike Kwiatkowski, Christopher Gittings, and Lonnie Heeter (the "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move for the Court for appoint Migliaccio & Rathod LLP, Gustafson Gluek PLLC, and Scott Hirsch Law Group PLLC as Interim Lead Class Counsel and deLeeuw Law LLC to serve as liaison counsel.

The grounds for this Motion are set forth more fully in the accompanying Brief, Declarations of Nicholas A. Migliaccio, David A. Goodwin, Scott D. Hirsch and P. Bradford deLeeuw, and exhibits attached thereto.

Respectfully submitted,

Dated: August 24, 2023

By: */s/ P. Bradford deLeeuw*
    P. Bradford deLeeuw (#3569)
    DELEEUW LAW LLC
    1301 Walnut Green Road
    Wilmington, DE 19807
    (302) 274-2180
    (302)351-6905(fax)
    brad@deleeuwlaw.com