# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, STEPHANIE GELBER, BENER SAKA, PETER NAU, ROBERT THOMPSON, KENNETH FORST, JASON FIGLEY, MIKE KWIATKOWSKI, CHRISTOPHER GITTINGS, and LONNIE HEETER, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>FCA U.S. LLC,<br><br>   Defendant. | Case No. 1:23-cv-00013-MN |

**RULE 7.1.1 STATEMENT**

Pursuant to D. Del. LR 7.1.1., I hereby certify that Plaintiffs' counsel conferred with Defendant FCA U.S. LLC's counsel regarding the matters set forth in Plaintiffs' Unopposed Motion to Appoint Interim Class Counsel and Liaison Counsel (the "Motion") and Defendant FCA U.S. LLC does not oppose the relief sought in the Motion.

Date:  August 24, 2023                             Respectfully submitted,


                                                   */s/ P. Bradford deLeeuw*
                                                   P. Bradford deLeeuw (#3569)