# Exhibit A

**Time and Expense Billing Protocol**

***Crowell et al. v. FCA U.S. LLC*, Case No. 1:23-cv-00013-MN (D. Del.)**

   To efficiently manage and direct the prosecution of this case, Class Counsel Nicholas Migliaccio, Jason Rathod, David Goodwin, and/or Scott Hirsch, shall review time and expense reports monthly. Attached are Excel spreadsheet time and expense report forms to use for reporting your firm's time and expense data.

   All time is to be reported at the billing rates in effect at the time the work was performed. Each firms' subsequent reports should be done on a monthly basis and submitted by the 20th day of the month for the preceding month. Please keep your time and expense reporting current. Failure to do so may be grounds for denying any subsequent request for fees or expense reimbursement.

Below are the task codes to use for time entry:

1 = Factual Investigation and Research

2 = Discovery

3 = Document Review[1]

4 = Pleadings, Briefs, and Legal Research

5 = Court Appearances and Related Preparation

6 = Settlement/Mediation and Related Preparation

7 = Strategy/Analysis

8 = Case Management

9 = Trial and Related Preparation

10 = Class Certification

11 = Experts/Consultants

12 = Client and Class Member Communication

13 = Appeals

---

[1] Any document review and/or deposition preparation performed by third-party contract attorneys—i.e. temporary project attorneys, rather than staff attorneys employed by firms—shall be subject to a rate cap as outlined below.

In your time and expense report, please adhere to these guidelines:

1. Only work that has been assigned shall be eligible for compensation. Class Counsel shall impose and enforce limits on the number of lawyers assigned to each task.

2. Time is to be reported in tenths of an hour.

3. All billing shall be contemporaneous, meaning that billing for each task shall be recorded within seven days of the task.

4. Time is to be recorded by task with a specific amount of time for each task described; do not submit "block billing" with one undifferentiated total time for multiple tasks.

5. Time is to be recorded at the billing rate in effect when the work is performed.

6. Time spent by third-party contract attorneys on reviewing documents is capped at $350 per hour.

7. Time spent by third-party contract attorneys on deposition preparation is capped at $350 per hour.

8. Please do not submit time for any of the following. It will not be compensated or included in any fee petition:

- work not performed at the request or under the direction of co-lead counsel;
- duplication of efforts within a firm;
- time spent in preparing and submitting time and expense reports or time spent related to fee issues;
- "read and review" time unrelated to preparation for or performance of work specifically assigned by co-lead counsel;
- routine clerical tasks (such as "file maintenance" by a paralegal or clerical staff); or
- time associated with work relating to any client or potential client that did not retain your firm for this case.

9. Your expense report should itemize your out-of-pocket, case-related expenses. If you have a "Miscellaneous/Other" expense item on a report, please describe it with sufficient detail to identify the expense and its relation to the case.

10. Routine office supplies and regular secretarial time should not be included as a case expense.

11. No surcharges should be reflected in or applied to any expenses, including telephone, faxes, and copying.

12. Each expense claim must be properly documented by a sufficiently detailed receipt or some other form of proof of payment acceptable for ultimate presentation to and approval by the Court. Each firm is to maintain and preserve all detailed receipts and expense documentation for

production to Lead Counsel upon request. Cash advances will not be considered for reimbursement without evidence of payment made for an expense related to the case.

13. Travel expenses should follow these guidelines:

- Only coach airfare will be reimbursed;

- All flights are to be booked at the lowest fare available;

- First class airfare should not be submitted and will not be reimbursed; and

- For overnight travel, counsel is to be mindful in selecting reasonable hotel accommodations and restaurants.