# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, STEPHANIE GELBER, BENER SAKA, PETER NAU, ROBERT THOMPSON, KENNETH FORST, JASON FIGLEY, MIKE KWIATKOWSKI, CHRISTOPHER GITTINGS, and LONNIE HEETER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA U.S. LLC,<br><br>Defendant. | Case No. 1:23-cv-00013-MN |

**DECLARATION OF NICHOLAS A. MIGLIACCIO IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT MIGLIACCIO & RATHOD LLP, GUSTAFSON GLUEK PLLC AND SCOTT HIRSCH LAW GROUP PLLC AS INTERIM LEAD COUNSEL AND DELEEUW LAW LLC AS LIAISON COUNSEL FOR THE PUTATIVE PLAINTIFF CLASS.**

I, Nicholas A. Migliaccio, declare as follows:

1. I am an attorney at law, admitted *pro hac vice* to practice before this Court. I have been in practice for over twenty years and am admitted in the State of New York and District of Columbia. I have personal knowledge of the facts stated below. If called on to do so, I could and would competently testify thereto.

2. I am a partner and co-founder of Migliaccio & Rathod LLP ("M&R"), counsel of record for Plaintiffs Jesse Crowell, Stephanie Gelber, Bener Saka, Peter Nau, Lonnie Heeter, Robert Thompson, Kenneth Forst, Jason Figley, Mike Kwiatkowski, and Christopher Gittings ("Plaintiffs"), on behalf of themselves and all others similarly situated in this matter. This Declaration is submitted in support of Plaintiffs' Motion to Appoint Migliaccio & Rathod LLP, Gustafson Gluek PLLC, and Scott Hirsch Law Group as Interim Lead Counsel and DeLeeuw Law LLC as Liaison Counsel for the Putative Class. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

3. M&R, as counsel for Plaintiffs, has invested a significant amount of time and effort in investigating the claims in this original action asserting first of its kind allegations against Defendant FCA U.S. LLC ("Defendant"). I and members of my firm have interviewed numerous individuals with insightful information into the defect at issue in this matter as well as individuals affected by this defect.

4. I submit this declaration in support of the application for appointment of interim co-lead counsel under F.R.C.P. 23(g) filed by M&R and co-counsel in the above-referenced cases.

5. With my partner, Jason Rathod, I started our firm in 2016. The firm has six full-time attorneys and one part-time of-counsel. M&R has significant expertise in automotive defect cases. For example, my partner and I served as class counsel in *Brown v. Hyundai Motor America et al.*, Case No. 2:18-cv-11249 (D.N.J.), which was an automotive defect class action arising from a latent defect found in model year 2011 through 2016 Hyundai Elantra cars with "Nu" 1.8-liter engines. The case was successfully resolved on class basis, and class members

were eligible for reimbursement for past out-of-pocket repairs and repair-related expenses caused by the defect, in addition to an extended powertrain warranty of up to 10 years or 120,000 miles.

6. Further, Mr. Rathod is currently serving a member of the Plaintiffs' Executive Committee in *In Re: Kia Hyundai Vehicle Theft Litigation*, Case Number: 8:22-ml-03052-JVS-KES (C.D. Cal.), a multidistrict litigation focusing on millions that Hyundai and Kia have produced that are susceptible to theft because they lack engine immobilizers.

7. In addition, I am currently serving as co-lead class counsel in *Mackie et al. v. America Honda Motor Co., Inc.*, Case No. 0:22-cv-00736-NEB-LIB (D. Minn.), which is a putative nationwide class action concerning Honda's alleged manufacture, design, marketing and sale of vehicles with a fuel dilution defect.

8. Beyond automotive defect class actions, M&R are leaders in the practice area of products liability generally and specifically with matters that require scientific or technical expertise. Many of these cases are within the Third Circuit. For example, I was recently appointed Class Counsel, along with just one other attorney, in one of the largest medical monitoring class action cases, *In re: Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation* (MDL No. 2875) (D. N.J.). The class certification order came after years of intense discovery and after Class Counsel assisted in formulating with experts a medical monitoring plan for class members. Mr. Rathod was one of just twelve attorneys recently appointed from a pool of over 70 applicants to the Plaintiff Steering Committee in *In re: Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*, MDL No. 3014 (W.D. Pa.). He currently serves as the PSC co-chair of the Science and Experts Committee as well as the PSC Chair of the Class Action and Experts Subcommittee. Last Fall, he played an

integral role in the selection, preparation and presentation of experts for the Court's "Science Day."

9. These are just a sampling of some of the more recent and salient class action cases that M&R attorneys have held leadership positions in. My partner and I have additionally been appointed class counsel or held leadership positions in numerous other class actions, consolidated litigations, and multidistrict litigations which are detailed in the firm's resume. *See* M&R Firm Resume, Exhibit A. Thus, numerous courts have recognized that M&R is more than qualified to serve as interim co-lead counsel given its attorneys' wealth of experience successfully prosecuting consumer class actions.

10. Should M&R be appointed interim co-lead counsel, we will work effectively and collaboratively with the other proposed interim class counsel ensuring that we do not duplicate work. Appointing M&R as interim lead counsel for the putative plaintiff class will ensure that discovery and other pretrial matters will be handled in the best interest of all putative class members, and that every class member receives high-quality representation throughout the course of this litigation.

11. For the reasons stated above, I submit that appointment of M&R as co-lead counsel would be in the best interests of Plaintiffs and the putative class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of August 2023, at Washington D.C.

*/s/ Nicholas A. Migliaccio*
Nicholas A. Migliaccio (pro hac vice)
MIGLIACCIO & RATHOD LLP
412 H. Street NE
Washington, DC 20002

Tel: (202) 470-3520
nmigliaccio@classlawdc.com

**Proposed Interim Co-Lead Counsel for the Putative Plaintiff Class.**