IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, STEPHANIE GELBER, BENER SAKA, PETER NAU, ROBERT THOMPSON, KENNETH FORST, JASON FIGLEY, MIKE KWIATKOWSKI, CHRISTOPHER GITTINGS, and LONNIE HEETER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FCA U.S. LLC,<br><br>    Defendant. | Case No. 1:23-cv-00013-MN |

**DECLARATION OF DAVID A. GOODWIN IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT MIGLIACCIO & RATHOD LLP, GUSTAFSON GLUEK PLLC AND SCOTT HIRSCH LAW GROUP PLLC AS INTERIM LEAD COUNSEL AND DELEEUW LAW LLC AS LIAISON COUNSEL FOR THE PUTATIVE PLAINTIFF CLASS.**

**DECLARATION OF DAVID A. GOODWIN**

I, David A. Goodwin, declara and state as follow:

1. I am an attorney at law, duly admitted Pro Hac Vice to practice before this Court. I am a member of Gustafson Gluek PLLC, counsel of record for Plaintiffs Jesse Crowell, Stephanie Gelber, Bener Saka, Peter Nau, Lonnie Heeter, Robert Thompson, Kenneth Forst, Jason Figley, Mike Kwiatkowski, and Christopher Gittings ("Plaintiffs"), on behalf of themselves and all others similarly situated in this matter. This Declaration is submitted in support of Plaintiffs' Motion to

1

Appoint Migliaccio & Rathod LLP, Gustafson Gluek PLLC, and Scott Hirsch Law Group as Interim Lead Counsel and DeLeeuw Law LLC as Liaison Counsel for the Putative Class. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. I, as counsel for Plaintiffs, have invested a significant amount of time and effort in investigating the claims in this original action asserting first of its kind allegations against Defendant FCA U.S. LLC ("Defendant"). I have interviewed individuals with insightful information into the defect at issue in this matter as well as individuals affected by this defect.

## GUSTAFSON GLUEK PLLC'S SIGNIFICANT EXPERIENCE AND SUCCESS IN PROSECUTING CLASS ACTIONS

3. I, enjoying the full support of my law firm, Gustafson Gluek PLLC, am highly qualified to serve as interim counsel for Plaintiffs. Over nearly two decades, Gustafson Gluek has recovered billions of dollars on behalf of its clients.

4. Founded in 2003, Gustafson Gluek is a national class action firm, with offices in California and Minnesota. Gustafson Gluek's attorneys consistently are recognized by their clients, peers, and courts across the country as leaders in their field and, as such, have been chosen to lead some of the largest and most complex class actions.

5. I joined the firm in 2008 and have been actively litigating consumer protection, product liability, civil rights, and antitrust class actions ever since. I have recently been appointed to leadership roles in *Anderson, et al, v. Fortra LLC* (D. Minn.) and *Kevin Brnich Electric LLC et al. v. Siemens Industry, Inc.* (N.D. Ga.). I have also served on the trial team of *Karsjens, et al. v. Jesson, et al.* (D. Minn.). I currently serve on the Board of the Minnesota Chapter of the Federal Bar Association and I am a past National Board Member of the Federal Bar Association. I have

also served as the Co-Chair of the Minnesota Bar Association's Consumer Litigation Section. I have been repeatedly recognized as a "*Rising Star*" and "*Super Lawyer*" by the *Minnesota Lawyer* publication.

6.  Courts around the country have appointed Gustafson Gluek attorneys to serve as lead counsel in numerous complex class action cases involving some of the largest institutions in the world. Gustafson Gluek attorneys have recovered *billions* in damages on behalf of class members and are routinely recognized for their exceptional class wide representation. Appointing me as interim lead counsel for the putative plaintiff class will ensure that discovery and other pretrial matters will be handled in the best interest of all putative class members, and that every class member receives stellar representation throughout the course of this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of August 2023, at Minneapolis, Minnesota

*By: /s/ David A. Goodwin*
David A. Goodwin.
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgoodwin@gustafsongluek.com


**Proposed Interim Co-Lead Counsel for the Putative Plaintiff Class.**
