# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, STEPHANIE GELBER, BENER SAKA, PETER NAU, ROBERT THOMPSON, KENNETH FORST, JASON FIGLEY, MIKE KWIATKOWSKI, CHRISTOPHER GITTINGS, and LONNIE HEETER, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>FCA U.S. LLC,<br><br>   Defendant. | Case No. 1:23-cv-00013-MN |

## DECLARATION OF SCOTT D. HIRSCH IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT MIGLIACCIO & RATHOD LLP, GUSTAFSON GLUEK PLLC AND SCOTT HIRSCH LAW GROUP PLLC AS INTERIM LEAD COUNSEL AND DELEEUW LAW LLC AS LIAISON COUNSEL FOR THE PUTATIVE PLAINTIFF CLASS.

1

# DECLARATION OF SCOTT D. HIRSCH

I, Scott D. Hirsch, declare and state as follow:

1. I am an attorney at law, duly admitted Pro Hac Vice to practice before this Court. I am managing member of Scott Hirsch Law Group, PLLC, counsel of record for Plaintiffs Jesse Crowell, Stephanie Gelber, Bener Saka, Peter Nau, Lonnie Heeter, Robert Thompson, Kenneth Forst, Jason Figley, Mike Kwiatkowski, and Christopher Gittings ("Plaintiffs"), on behalf of themselves and all others similarly situated in this matter. This Declaration is submitted in support of Plaintiffs' Motion to Appoint Migliaccio & Rathod LLP, Gustafson Gluek PLLC, and Scott Hirsch Law Group, PLLC as Interim Lead Counsel and DeLeeuw Law LLC as Liaison Counsel for the Putative Class. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. I, as counsel for Plaintiffs, have invested a significant amount of time and effort in investigating the claims in this original action asserting first of its kind allegations against Defendant FCA U.S. LLC ("Defendant"). I have interviewed individuals with insightful information into the defect at issue in this matter as well as individuals affected by this defect.

## SCOTT HIRSCH LAW GROUP PLLC'S SIGNIFICANT EXPERIENCE AND SUCCESS IN PROSECUTING CLASS ACTIONS

3. Since 2008, I have focused on representing individuals involving complex securities and consumer protection, civil rights, and products liability matters, often involving the class action device.

4. Since 2018, Scott Hirsch Law Group, a boutique litigation firm located in South Florida, has represented consumers exclusively in complex class actions against some of the largest manufacturers and financial corporations in the world.

5. I have been previously appointed by a court lead counsel, as part of preliminary approval and certification in a complex securities class action, *Smith v. Questar Capital Corp.* (D. Minn.). Additionally, I was co-lead counsel representing investors who were victims of the Stanford Ponzi scheme against its clearing firm Pershing, LLC where plaintiffs in two separate arbitration cases were awarded $3.7 million in compensatory damages and $2.3 million in punitive damages.

6. Throughout my career I have represented my clients zealously and have a strong reputation for collegiality with opposing counsel.

7. I am rated AV Preeminent by Martindale-Hubbell Peer Review Ratings and is a member of the Palm Beach County Bar Association and the Broward County Bar Association. Mr. Hirsch has also been named a 2015 Top Rated Lawyers South Florida's Legal Leaders as published in the Miami Herald.

8. Appointing me as interim lead counsel for the putative plaintiff class will ensure that discovery and other pretrial matters will be handled in the best interest of all putative class members, and that every class member receives stellar representation throughout the course of this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 23, 2023
Respectfully submitted,

By: /s/ Scott D. Hirsch

Scott D. Hirsch
**SCOTT HIRSCH LAW GROUP, PLLC**
6810 N. State Road 7

Coconut Creek, FL 33073
Tel: (561) 569-7062
scott@scotthirschlawgroup.com

**Proposed Interim Co-Lead Counsel for the Putative Plaintiff Class.**