# Exhibit A



# FIRM RESUME

Scott Hirsch Law Group, PLLC is a boutique law firm located in South Florida with extensive experience representing clients nationwide in consumer protection, civil rights, securities, and privacy actions with a focus on class action litigation. Scott Hirsch Law Group, PLLC excels at providing skilled and zealous representation to its clients, focusing on bringing cases to address issues and inequities facing the consuming public.

### Scott D. Hirsch

Scott D. Hirsch is a founding member of Scott Hirsch Law Group, PLLC. He is a *magna cum laude* graduate of Lynn University with a major in Psychology (B.A. 1999), and graduate of St. Thomas University School of Law (J.D. 2007). Mr. Hirsch is admitted to practice and a member in good standing of the Florida Bar and is admitted to practice in the United States District Court for the Southern District of Florida and in the United States District Court for the Middle District of Florida. Mr. Hirsch has had an extensive career representing consumers in securities litigations, consumer protection actions, and class actions.

After graduation from law school Mr. Hirsch worked for Grumer & Macaluso, P.A. a boutique litigation firm specializing in complex commercial litigation. located in Ft. Lauderdale, Florida. Mr. Hirsch's practice focused on representing corporations and individuals in complex business disputes, real estate transactions, litigation, and debtor/creditor litigation.

In 2008 Mr. Hirsch, began representing plaintiffs in securities matters, focusing on complex securities litigation, including class actions, in state, federal court and alternative dispute resolution forums. In addition to securities litigation, Mr. Hirsch also represents clients in civil litigation and



commercial dispute.

Since 2014, Mr. Hirsch's practice has focused on consumer protection class actions in both state and federal courts. Mr. Hirsch represents consumers against some of the largest financial institutions and manufactures in cases involving defective products, deceptive trade practices, discrimination, and privacy violations. Mr. Hirsch was co-lead counsel representing investors who were victims of the Stanford Ponzi scheme against its clearing firm Pershing, LLC where plaintiffs in two separate arbitration cases were awarded $3.7 million in compensatory damages and $2.3 million in punitive damages.

Mr. Hirsch has been rated AV Preeminent by Martindale-Hubbell Peer Review Ratings and is a member of the Palm Beach County Bar Association and the Broward County Bar Association. Mr. Hirsch has also been named a 2015 Top Rated Lawyers South Florida's Legal Leaders as published in the Miami Herald.

Mr. Hirsch is currently, or has been actively involved in the representation of plaintiffs and classes in numerous securities cases and complex consumer litigation cases including *Share v. State Street Bank and Trust Co. et al.* (D. Mass.); *Edythe Cox v. State Street Bank and Trust Co. et al.* (D. Mass.); *Smith v. Questar Capital Corp.* (D. Minn.); *McLeod, et al. v. Pershing, LLC* (N.D. Tex.); *Sanford, et al. v. Pershing, LLC* (N.D. Tex.); *Weatherly, et al. v. Pershing, LLC* (N.D. Tex.); *Ochea, et al. v. Pershing, LLC* (N.D. Tex.); *Luis v. RBC Capital Markets, LLC* (D. Minn.); *Rodriguez et al v. JPay, Inc. et al.* (S.D. Fla.); *Abellard, Jr., et al. v. Nationstar Mortgage, LLC* (S.D. Fla.); *350S Trust, LLC v. Carrington Mortgage Services, LLC* (S.D. Fla.); *Nicolas Enterprises, LLC, et al. v. USA* (U.S.C.F.C); *Fuog v. CVS Pharmacy, Inc.* (D. RI.); *Smith v. Walgreens Boots Alliance, Inc. et al.* (N.D. Ca.); *Krukas, et al. v. AARP, Inc., et al.* (D. D.C.);



*Castorina v. Bank of America, N.A.* (E.D. Ca.); *Salter, et al. v. PHH Mortgage Corp.* (S.D. Fla.); *In re January 2021 Short Squeeze Trading Litigation* (S.D. Fla.); *Weinberger, et al. v. NewRez LLC, et al.* (S.D. Fla.); *Mobley, et al. v. Fay Servicing, LLC* (S.D. Fla.); *Collins v. Select Portfolio Servicing, Inc.* (S.D. Fla.); *Bryan, et al. v. Bioplus Specialty Pharmacy Services, LLC*, (M.D. Fla.); and *Thelen, et al. v. HP, Inc.* (D. De.); *Crowell, et al. v. FCA US, LLC* (D. Del.); *Sullivan v. Bank of America, N.A.* (S.D. Fla.); *Elas v. Prince, et al.* (D. Mass.);