IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, STEPHANIE GELBER, BENER SAKA, PETER NAU, LONNIE HEETER, ROBERT THOMPSON, KENNETH FORST, JASON FIGLEY, MIKE KWIATKOWSKI, CHRISTOPHER GITTINGS, and LONNIE HEETER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FCA U.S. LLC,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00013-MN |

**DECLARATION OF P. BRADFORD DELEEUW IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT MIGLIACCIO & RATHOD LLP, GUSTAFSON GLUEK PLLC AND SCOTT HIRSCH LAW GROUP PLLC AS INTERIM LEAD COUNSEL AND DELEEUW LAW LLC AS LIAISON COUNSEL FOR THE PUTATIVE PLAINTIFF CLASS.**

1

# DECLARATION OF P. BRADFORD DELEEUW

I, P. Bradford deLeeuw, declare and state as follow:

1. I am an attorney at law, duly admitted to practice before this Court. I have been in practice for over twenty years and am admitted in the State of Delaware and New York. I have personal knowledge of the facts stated below. If called on to do so, I could and would competently testify thereto.

2. I am the Managing Member and founder of deLeeuw Law LLC ("deLeeuw Law"), Delaware counsel of record for Plaintiffs Jesse Crowell, Stephanie Gelber, Bener Saka, Peter Nau, Lonnie Heeter, Robert Thompson, Kenneth Forst, Jason Figley, Mike Kwiatkowski, and Christopher Gittings ("Plaintiffs"), on behalf of themselves and all others similarly situated in this matter. This Declaration is submitted in support of Plaintiffs' Motion to Appoint Migliaccio & Rathod LLP, Gustafson Gluek PLLC, and Scott Hirsch Law Group as Interim Lead Counsel and deLeeuw Law LLC as Liaison Counsel for the Putative Class (the "Motion").

3. I have invested a significant amount of time and effort working together with Migliaccio & Rathod LLP, Gustafson Gluek PLLC, and Scott Hirsch Law Group in asserting the claims in this original action asserting first of its kind allegations against Defendant FCA U.S. LLC.

4. I started my firm in late 2019. Prior to that, I was a partner at Rosenthal Monhait & Goddess, P.A. (and prior to that, an associate at Grant & Eisenhofer, P.A.), where I gained substantial expertise in complex class action litigation. At deLeeuw Law I have continued to work successfully with sophisticated counsel both within and outside the State of Delaware, on a number of complex class action cases.

5. For example, I was recently appointed co-class counsel in *Moon v. E.I. du Pont de Nemours and Co.*, 2023 WL 1765565 (D. Del. February 3, 2023), an ERISA class action where a settlement was reached after three years of hard-fought litigation, that provided class members more than half of their maximum recoverable damages. In approving the settlement, Third Circuit Justice The Honorable Stephanos Bibas, sitting as the trial judge by designation, wrote: "Class Counsel achieved an excellent result for the class, recovering more than half the amount of the best possible outcome. Combined with the nonmonetary relief, the value and breadth of the recovery is substantial. This was no small feat." *Id*. at *3. *See also id*. at *4 ("Though class-action settlements sometimes present thorny questions, this one is straight down the middle. Both sides were ably represented and reached a practical compromise. Both the monetary and nonmonetary relief are substantial, and Class Counsel's fee request is ordinary. So I approve the settlement.").

6. Additional examples of prior representations in complex representative litigation may be found in the attached Resume of deLeeuw Law LLC, attached

hereto as Exhibit A.  In addition to the matters noted therein, I have been and/or am currently Delaware counsel for Migliaccio & Rathod LLP, Gustafson Gluek PLLC, and Scott Hirsch Law Group in other consumer class action litigation, including automobile defect cases.  As attested to in their respective declarations and firm resumes, those firms are leaders in the practice area of products liability generally, and particularly automotive defect class action cases, as well as other matters that require scientific or technical expertise.  I have worked successfully with these firms in the past.

7. Should the Motion be granted, I will work effectively and collaboratively with proposed interim lead counsel ensuring that we do not duplicate work. Appointing proposed interim lead counsel for the putative plaintiff class will ensure that discovery and other pretrial matters will be handled in the best interest of all putative class members, and that every class member receives high-quality representation throughout the course of this litigation.

8. For the reasons stated above, I submit that appointment of Migliaccio & Rathod LLP, Gustafson Gluek PLLC, and Scott Hirsch Law Group as co-lead counsel, and the appointment of deLeeuw Law LLC as interim liaison counsel, would be in the best interests of Plaintiffs and the putative class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of August, 2023.

                                                */s/ P. Bradford deLeeuw*
                                                P. Bradford deLeeuw (DE # 3569)