# EXHIBIT A

# deLeeuw Law LLC

1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

P. Bradford deLeeuw, Esq.

As the founder and principal of deLeeuw Law LLC, Brad deLeeuw represents clients and serves as Delaware counsel in corporate and complex litigation in the Delaware Court of Chancery, the District of Delaware and other Delaware courts.

Previously, Mr. deLeeuw was a stockholder of Rosenthal, Monhait & Goddess, P.A. ("RMG"), where he was a member of the firm's corporate and commercial litigation practice.

Mr. deLeeuw has extensive experience conducting stockholder and business litigation. His experience includes:

- achieving a $27,000,000 settlement as co-lead counsel in a federal securities class action;

- serving as Delaware counsel in a derivative action brought by a stockholder who challenged stock sales by corporate insiders, which included a successfully appealing the dismissal of the claims to the Delaware Supreme Court and resulted in an $11.25 million dollar settlement;

- representing a stockholder conducting a proxy contest in which a preliminary injunction and final judgment were obtained against a corporation that sought, in contravention of the corporation's bylaws, to preclude the proxy contest;

- serving as Delaware counsel in a consumer class action on behalf of borrowers against a mortgage lender in which a $20.35 million settlement was obtained;

- serving as co-counsel in derivative litigation challenging executive compensation which resulted a $1.25 million settlement payable to the nominal defendant corporation; and

- representing stockholders in numerous actions brought to inspect corporate books and records actions pursuant to 8 Del C. § 220.

Mr. deLeeuw also represents clients in contractual disputes, and disputes concerning corporate and alternative entity ownership and control.

Prior to joining RMG, Mr. deLeeuw was associated with Grant & Eisenhofer, P.A., where he prosecuted complex corporate and federal securities litigations and represented institutional investors seeking to foster corporate governance reforms.

Mr. deLeeuw is a graduate of Wake Forest University (1993) (B.A., Economics), Washington and Lee University School of Law (1996) (J.D.) and Georgetown University School of Law (2000) (L.L.M., Securities and Financial Regulation, *with distinction*).

Mr. deLeeuw is admitted to practice law in Delaware and New York (inactive).

**PRACTICE AREAS**
Corporate Litigation
Securities Litigation
Class action and Derivative Litigation

**EDUCATION**
Georgetown University,
L.L.M. 2000

Washington & Lee University,
J.D. 1996

Wake Forest University,
B.A. 1993

**BAR ADMISSIONS**
Delaware
New York (inactive)
Southern District of New York
Third Circuit Court of Appeals
First Circuit Court of Appeals

**Representative Actions:**

- *In re Heckmann Corporation Securities Litigation*, C.A. No 10-378-LPS-MPT (D. Del). Co-Lead counsel in class action asserting federal securities claims on behalf of purchasers and holders of Heckmann Corporation securities, resulting in a court approved $27,000,000 settlement.

- *Sandys v. Pincus, et al.,* C.A. No. 9512-CB (Del. Ch.). Delaware counsel in derivative litigation on behalf of Zynga, Inc. which included: the successful prosecution of a books and records action (*Sandys v. Zynga, Inc.*, C.A. No. 8450-ML); a successful appeal (*Sandys v. Pincus*, No. 157, 2016); and mediation efforts which led to a $11,250,000 offer from Defendants, which the Company's special litigation committee ("SLC") ultimately accepted in settlement of the claims Plaintiff asserted.

- *R.A. Feuer v. Sumner M. Redstone, et al.*, Del. Ch., Civil Action No. 12575-CB (Del. Ch.). Co-counsel in derivative litigation on behalf of CBS Corporation which included obtaining books and records, prosecuting a waste claim which survived, in part, defendants' motions to dismiss, engaging in mediation efforts, and obtaining a settlement which resulted in the payment to CBS of $1,250,000.

- *Opportunity Partners L.P. v. Hill Int'l, Inc. et al.,* 2015 WL 3582350 (Del.Ch. Jun. 5, 2015), aff'd by *Hill Int'l, Inc., et al. v. Opportunity Partners L.P.*, 2015 WL 4035069 (Del. July 2, 2015). Delaware counsel in expedited litigation in the Delaware Court of Chancery and an expedited appeal to the Delaware Supreme Court on behalf of stockholder of Delaware corporation seeking to solicit proxies in support of director nominees and proposals at the corporation's annual meeting. The Court of Chancery issued a preliminary injunction and final judgment in favor of stockholder client, certifying stockholder client's right to present proposals and nominees at annual meeting and rejecting defendants' erroneous bylaw construction. The Delaware Supreme Court affirmed following an expedited appeal.

- *Local 731, et al. v. David C. Swanson,* C.A. No 09-cv-00799-MMB (D. Del). Delaware counsel in a class action asserting federal securities law claims on behalf of purchasers of R.H. Donnelley Corporation stock, resulting in a court approved $25,000,000 settlement.

- *The Edith Zimmerman Estate v. GFB-AS Investors, LLC*, C.A. No. 2022-VCS (Del. Ch.). Co-counsel for a class action of investors whose interests in three real estate limited partnerships were cashed out in a sale-leaseback transaction effected by the general partner. Shortly before trial, the parties agreed on a $6 million settlement, which the Court of Chancery approved and which resulted in investors' receiving between $15,000 and $35,000 per unit, depending on the partnership in which the person had invested.

- *In re Atheros Communications, Inc.*, 2011 WL 864928 (Del. Ch. Mar. 4, 2011). Delaware counsel in class action on behalf of stockholders of Atheros Communications, Inc.; the Court preliminarily enjoined stockholder vote on $3.1 billion proposed transaction until company distributed curative disclosures regarding (i) the fees to be paid to Atheros' financial advisor and (ii) the timing and extent of discussions with the President and CEO of Atheros with respect to his future employment by Qualcomm.

500 LEADING PLAINTIFF FINANCIAL LAWYERS

LAWDRAGON 2019