**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JESSE CROWELL, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) | C.A. No. 1:23-cv-00013-MN |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| FCA US LLC, *et al.*, | ) ) | |
| *Defendants*. | ) | |

**DEFENDANT FCA US LLC'S RESPONSE TO PLAINTIFFS' UNOPPOSED MOTION
TO APPOINT INTERIM CLASS COUNSEL AND LIAISON COUNSEL**

While FCA US does not agree with all assertions and claims Plaintiffs make, and while it further reserves its right to oppose the certification of any class or appointment of "class counsel" at the point any such motion is made (including the propriety of any claim for a reward of attorneys' fees), FCA US does not oppose the relief Plaintiffs seek in their present motion to appoint interim class counsel and liaison counsel.

Dated:  September 7, 2023

Respectfully submitted,

**ECKERT SEAMANS CHERIN &
MELLOTT, LLC**

 /s/ *Patrick M. Brannigan*
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

-and-

- 1 -

**THOMPSON COBURN LLP**

Stephen A. D'Aunoy (*pro hac vice*)
Scott H. Morgan (*pro hac vice*)
One US Bank Plaza
St. Louis, Missouri 63101
T: 314-552-6354
sdaunoy@thompsoncoburn.com
smorgan@thompsoncoburn.com

*Attorneys for Defendant FCA US LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on September 7, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

 /s/ *Patrick M. Brannigan*