

Eckert Seamans Cherin & Mellott, LLC  TEL: 302 574 7400
222 Delaware Avenue  FAX: 302 574 7401
7th Floor
Wilmington, DE 19801

Patrick M. Brannigan, Esquire
pbrannigan@eckertseamans.com
302.574.7406

October 10, 2023

Judge Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re: *Crowell v. FCA US LLC*, Case No. 1:23-cv-00013-MN

Dear Judge Noreika:

In response to the Court's Oral Order of October 3, 2023 [D.I. 36], the parties have conferred regarding the Court's request that they consider consenting to Magistrate Judge Hatcher's jurisdiction over FCA US LLC's pending Motion to Dismiss [D.I. 20]. We write to inform the Court that at least one party has not consented to Judge Hatcher's jurisdiction over the Motion.

                                          Respectfully submitted,

                                          */s/ Patrick M. Brannigan*
                                          Patrick M. Brannigan, Esquire