IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, *et al.*, on behalf of themselves and all others similarly situated, | ) ) C.A. No. 1:23-cv-00013-MN ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| FCA US LLC, *et al.*, | ) ) |
| *Defendants*. | ) |

## STIPULATION AND ORDER REGARDING
## FCA US LLC'S PENDING MOTION TO DISMISS

WHEREAS, this action was filed on January 5, 2023, and Plaintiffs filed a First Amended Complaint ("FAC") on April 4, 2023. *See* D.I. 13.

WHEREAS, FCA US LLC ("FCA US") filed a motion to dismiss directed at the FAC on May 2, 2023 (D.I. 21) (the "Motion to Dismiss") and the motion was fully briefed on June 30, 2023 (D.I. 25).

WHEREAS, the Court referred the Motion to Dismiss to the Honorable Judge Laura D. Hatcher (D.I. 36) and Magistrate Judge Hatcher heard oral argument on the Motion to Dismiss on November 9, 2023.

WHEREAS, a substantially similar case was filed in Northern District of California on January 31, 2023, where it was known and numbered as: *Singh, et al. v. FCA US LLC,* Case No. 1:23-cv-01227 ("*Singh* Case").

WHEREAS, on September 7, 2023, the Court entered an order appointing the undersigned interim Liaison Counsel and Class Counsel (the "Leadership Order"). (D.I. 35). The Leadership Order vested interim Class Counsel and Liaison Counsel with multiple responsibilities, including that of negotiating and entering into stipulations with opposing counsel as necessary for the

conduct and efficient advancement of the litigation. The Leadership Order expressly "applies to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case."

WHEREAS, on October 27, 2023, the *Singh* Case was transferred to this District under the first-to-file rule, and on November 1, 2023 the *Singh* Case was assigned to the Honorable Maryellen Noreika.

WHEREAS, the parties in this case and in the *Singh* Case are working on stipulation to have the cases consolidated for all purposes, and will be requesting the Court to enter an Order consolidating the cases and permitting the filing of a Consolidated Amended Complaint.

WHEREAS, if the cases are consolidated and if a Consolidated Amended Complaint is filed, it would be wasteful of judicial and the parties' resources to have a ruling on the currently pending motion to dismiss in this case.

THEREFORE, in consideration of the above, subject to the Court's approval, the parties stipulate to the following:

1. FCA US LLC's Motion to Dismiss is withdrawn without prejudice to refiling in this case should there be no consolidation and no Consolidated Amended Complaint filed.

2. The parties have shall have until December 4, 2023 to file a stipulation in this case and in the *Singh* Case that addresses: (1) consolidation of the cases for all purposes; (2) the filing of a Consolidated Amended Complaint; and, (3) proposed briefing on a motion to dismiss directed at the Consolidated Amended Complaint.  If the parties cannot agree to a stipulation on the three items, they shall submit competing language as to those three items.

SO STIPULATED:

| | |
|---|---|
| **ECKERT SEAMANS CHERIN & MELLOTT, LLC** | **DELEEUW LAW LLC** |
| */s/ Patrick M. Brannigan* | */s/ P. Bradford deLeeuw* |
| Patrick M. Brannigan (DE No. 4778) | P. Bradford deLeeuw (#3569) |
| Jessica L. Reno (DE No. 5950) | 1301 Walnut Green Road |
| 222 Delaware Avenue, Suite 700 | Wilmington, DE 19807 |
| Wilmington, DE 19801 | (302) 274-2180 |
| T: 302-574-7400 | brad@deleeuwlaw.com |
| pbrannigan@eckertseamans.com | |
| jreno@eckertseamans.com | *Interim Liaison Counsel* |
| | -and- |
| -and- | |
| | **MIGLIACCIO & RATHOD LLP** |
| **THOMPSON COBURN LLP** | Nicholas A. Migliaccio (pro hac vice) |
| Stephen A. D'Aunoy (pro hac vice) | Jason S. Rathod (pro hac vice) |
| Scott H. Morgan (pro hac vice) | Mark D. Patronella (pro hac vice) |
| One US Bank Plaza | 412 H. Street NE |
| St. Louis, Missouri 63101 | Washington, DC 20002 |
| T: 314-552-6354 | Tel: (202) 470-3520 |
| sdaunoy@thompsoncoburn.com | nmigliaccio@classlawdc.com |
| smorgan@thompsoncoburn.com | jrathod@classlawdc.com |
| | mpatronella@classlawdc.com |
| *Attorneys for Defendant FCA US LLC* | |
| | **SCOTT HIRSCH LAW GROUP PLLC** |
| | Scott David Hirsch (pro hac vice) |
| | N. State Road 7 |
| | Coconut Creek, FL 33073 |
| | Tel: (561) 569-7062 |
| | scott@scotthirschlawgroup.com |
| | |
| | **GUSTAFSON GLUEK PLLC** |
| | Daniel E. Gustafson (pro hac vice forthcoming) |
| | David A. Goodwin (pro hac vice) |
| | Canadian Pacific Plaza |
| **SO ORDERED** this 21st day of November 2023. | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |
| */s/ Maryellen Noreika* | Telephone:(612)333-8844 |
| **The Honorable Maryellen Noreika** | dgustafson@gustafsongluek.com |
| **United States District Judge** | dgoodwin@gustafsongluek.com |
| | *Interim Class Counsel* |