

Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue
Suite 700
Wilmington, DE 19801

TEL: 302 574 7400
FAX: 302 574 7401

Patrick M. Brannigan, Esquire
pbrannigan@eckertseamans.com
302.574.7406

April 8, 2024

Judge Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   **Re:**  ***Crowell v. FCA US LLC***
      <u>***Case No. 1:23-cv-00013-MN***</u>

Dear Judge Noreika:

  In response to the Court's Oral Order of April 1, 2024 [D.I. 55], the parties have conferred regarding the Court's request that they consider consenting to Magistrate Judge Fallon's jurisdiction over FCA US LLC's pending Motion to Dismiss [D.I. 52]. We write to inform the Court that at least one party has not consented to Judge Fallon's jurisdiction over the Motion.

           Respectfully submitted,

           <u>*/s/ Patrick M. Brannigan*</u>
           Patrick M. Brannigan, Esquire