IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, et al., on behalf of themselves and all other similarly situated, ) ) ) | |
| Plaintiffs, ) ) ) | C.A. No. 23-13 (MN) |
| v. ) ) ) | |
| FCA US LLC, ) ) ) | |
| Defendant. ) | |

## ORDER

At Wilmington, this 27th day of September 2024 for the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. FCA US LLC's Objections to Magistrate's July 30, 2024 Report and Recommendation (D.I. 67) are OVERRULED-IN-PART and SUSTAINED-IN-PART.

2. The July 30, 2024 Report and Recommendation (D.I. 66) is ADOPTED-IN-PART and REJECTED-IN-PART.

3. FCA US LLC's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (D.I. 52) is GRANTED-IN-PART and DENIED-IN-PART as set forth in the below table:

| COUNT | RULING |
|---|---|
| Count I (Common Law Fraud by Omission) | DENY |
| Count II (Common Law Fraud – Affirmative Misrepresentation) | GRANT |
| Count III (Equitable Injunctive and Declaratory Relief - Maryland) | DENY |

| COUNT | RULING |
|---|---|
| Count IV (Maryland Consumer Protection Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count V (Michigan Consumer Protection Act) | GRANT |
| Count VI (Common Law Breach of Implied Warranty) | DENY |
| Count VII (Magnuson-Moss Warranty Act) | GRANT |
| Count VIII (Breach of Express Warranty) | GRANT |
| Count IX (Unjust Enrichment / Restitution) | DENY |
| Count X (New York General Business Law § 349) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XII[1] (New York General Business Law § 350) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XIII (Minnesota Prevention of Consumer Fraud Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XIV (Iowa Private Right of Action for the Consumer Frauds Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XV (Montana Unfair Trade Practices and Consumer Protection Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XVI (Georgia's Fair Business Practices Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XVII (Georgia's Uniform Deceptive Trade Practices Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |

---

[1] The operative complaint skips directly from Count X to Count XII. There is no Count XI in the operative complaint. (D.I. 49).

| COUNT | RULING |
|---|---|
| Count XVIII (Breach of Implied Warranty – Georgia) | DENY |
| Count XIX (Ohio's Consumer Sales Practices Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XX (Implied Warranty in Tort – Ohio) | DENY |
| Count XXI (Breach of Implied Warranty – Pennsylvania) | DENY |
| Count XXII (Pennsylvania Unfair Trade Practices & Consumer Protection) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXIII (California Consumer Legal Remedies Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXIV (California Unfair Competition Law) | GRANT |
| Count XXV (California False Advertising Law) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXVI (Colorado Consumer Protection Act) | GRANT to the extent it asserts an affirmative misrepresentation and/or seeks monetary relief; DENY in all other respects. |
| Count XXVII (New Hampshire Consumer Protection Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXVIII (Oregon Unlawful Trade Practices Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXIX (Wisconsin Deceptive Trade Practices Act) | GRANT |
| Count XXX (Nebraska Consumer Protection Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |

| COUNT | RULING |
|---|---|
| Count XXXI (Massachusetts Deceptive Acts or Practices) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXXII (Vermont Consumer Protection Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXXIII (Illinois Consumer Fraud and Deceptive Business Practices) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXXIV (New Jersey Consumer Fraud Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXXV (Connecticut Trade Practices Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |
| Count XXXVI (Washington Consumer Protection Act) | GRANT to the extent it asserts an affirmative misrepresentation; DENY in all other respects. |

4. As such, Counts II, V, VII, VIII, XXIV and XXIX of the Consolidated Amended Class Action Complaint (D.I. 49) are DISMISSED in their entirety and Counts IV, X, XII, XIII, XIV, XV, XVI, XVII, XIX, XXII, XXIII, XXV, XXVI, XXVII, XXVIII, XXX, XXXI, XXXII, XXXIII, XXXIV, XXXV, and XXXVI are DISMISSED to the extent they assert affirmative misrepresentations.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge