# deLeeuw Law LLC

1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

November 14, 2024

**VIA E-FILING**

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324, Unit 19
Wilmington, DE 19801-3555

      Re:    ***Crowell v. FCA U.S. LLC***, C.A. No. 23-cv-00013-MN

Dear Judge Noreika:

On behalf of the parties, I submit herewith the parties' draft Scheduling Order. Other than disagreements over particular dates, the draft reflects two principal disagreements that the parties were unable to resolve. The parties have briefly set forth their respective positions on those issues in the draft Scheduling Order as follows: (1) Limitation on Hours for Deposition Discovery (Par. 7(e)); (2) Case Dispositive Motions (Par. 10.). Additionally, the parties were unable to agree on the deadlines for Expert Discovery Cut-Off, Motion for Class Certification, Objections to Expert Testimony, Opposition to Class Certification Motion, and Oppositions to Expert Testimony. The parties' respective proposed dates for these deadlines are set forth in Paragraphs 7(f)(ii) and 9, and are also set forth in the Chart of Relevant Deadlines appearing on the last page of the draft Scheduling Order.

More broadly, the draft Scheduling Order reflects the parties are in agreement that it would be most efficient in this case to first focus on class certification issues, and to obtain the Court's decision on plaintiffs' motion for class certification, prior to setting additional pre-trial deadlines. For that reason, the draft Scheduling Order principally specifies certain deadlines for discovery

The Honorable Maryellen Noreika
November 14, 2022
Page 2

and motion practice related to class certification issues, and proposes that the Court hold a status conference subsequent to issuing a class certification decision to address the remainder of the schedule.

          Respectfully,

          */s/ P. Bradford deLeeuw*

          P. Bradford deLeeuw
          (Del. Bar No. 3569)

Cc:    Patrick M. Brannigan (via E-Filing)