IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, *et. al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA U.S. LLC<br><br>Defendant. | Case No. 1:23-cv-00013-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 13, 2024, plaintiffs served (1) Plaintiffs' First Set of Requests for Production of Documents to Defendant FCA U.S. LLC; and (2) Plaintiffs' First Set of Interrogatories to Defendant FCA U.S. LLC upon the following counsel of record in the manner indicated:

**VIA E-MAIL**

Stephen A. D'Aunoy
Scott H. Morgan
KLEIN THOMAS LEE & FRESARD
100 N. Broadway, Suite 1600
St. Louis, Missouri 63102
T: 314-888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

**VIA E-MAIL**

Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
ECKERT SEAMS CHERIN &
 MELLOTT, LLC
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

Dated: December 13, 2024

/s/ P. Bradford deLeeuw
P. Bradford deLeeuw (DE Bar #3569)
DELEEUW LAW LLC
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

*Interim Liaison Counsel for Plaintiffs*