# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, *et. al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FCA U.S. LLC,<br><br>  Defendant. | Case No. 1:23-cv-00013-MN |

## STIPULATION OF DISMISSAL OF PLAINTIFFS CHRISTOPHER GITTINGS, LONNIE HEETER, MIKE KWIATKOWSKI, MICHAEL LINDGREN, MACKENZIE PIRIE, BENER SAKA JOHN HANSEN TRACY HANSEN WITHOUT PREJUDICE

Plaintiffs Christopher Gittings, Lonnie Heeter, Mike Kwiatkowski, Michael Lindgren, Mackenzie Pirie, Bener Saka, John Hansen, Tracy Hansen and Defendant FCA U.S. LLC, by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of *only* Plaintiffs Christopher Gittings, Lonnie Heeter, Mike Kwiatkowski, Michael Lindgren, Mackenzie Pirie, Bener Saka, John Hansen, Tracy Hansen are hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 30, 2025

**DELEEUW LAW LLC**
*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

*Interim Liaison Counsel*

-and-

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio (pro hac vice)
Jason S. Rathod (pro hac vice)
Bruno Ortega-Toledo (pro hac vice forthcoming)
412 H. Street NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bortega@classlawdc.com

**SCOTT HIRSCH LAW GROUP PLLC**
Scott David Hirsch (pro hac vice)
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-7062
scott@scotthirschlawgroup.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson (pro hac vice forthcoming)
David A. Goodwin (pro hac vice)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600

Minneapolis, MN 55402
Telephone:(612)333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com

*Interim Class Counsel*


**KELLER ROHRBACK L.L.P.**
Gretchen Freeman Cappio (pro hac vice forthcoming)
Ryan McDevitt (pro hac vice forthcoming)
Emma Wright (pro hac vice forthcoming)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900
Fax (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
ewright@kellerrohrback.com


**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (pro hac vice)
Sharon S. Almonrode (pro hac vice)
Dennis A. Lienhardt
Miller Building
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

*Additional Attorneys for Plaintiffs*


[Signatures continued on next page]

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*/s/ Patrick M. Brannigan*
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

**KLEIN THOMAS LEE & FRESARD**
Stephen A. D'Aunoy (pro hac vice)
Scott H. Morgan (pro hac vice)
100 N. Broadway, Suite 1600
St. Louis, Missouri 63102
T: 314-888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*Attorneys for Defendant*