# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>*v.*<br><br>FCA US LLC,<br><br>Defendant. | C.A. No. 1:23-cv-00013-MN |

## **DEFENDANT FCA US LLC'S NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 7, 2025, a true and correct copy of Defendant FCA US LLC's Rule 26(a)(1)(A) Amended Initial Disclosure Statement was served by electronic mail upon the following counsel of record for Plaintiffs:

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio
Jason S. Rathod
412 H. Street NE
Washington, DC 20002
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**SCOTT HIRSCH LAW GROUP PLLC**
Scott David Hirsch
6810 N. State Road 7
Coconut Creek, FL 33073
scott@scotthirschlawgroup.com

**GUSTAFSON GLUEK PLLC**
David A. Goodwin
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgoodwin@gustafsongluek.com

**DELEEUW LAW LLC**
P. Bradford deLeeuw
1301 Walnut Green Road
Wilmington, DE 19807
brad@deleeuwlaw.com

**KELLER ROHRBACK L.L.P.**
Gretchen Freeman Cappio
Ryan McDevitt
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com

| | |
|---|---|
| Dated: February 10, 2025 | **ECKERT SEAMS CHERIN & MELLOTT, LLC** |
| | By: /s/ *Patrick M. Brannigan* |

        Patrick M. Brannigan (DE No. 4778)
        Jessica L. Reno (DE No. 5950)
        222 Delaware Avenue, Suite 700
        Wilmington, DE 19801
        T: 302-574-7400
        pbrannigan@eckertseamans.com
        jreno@eckertseamans.com

- and -

**KLEIN THOMAS LEE & FRESARD**
Stephen A. D'Aunoy (*pro hac vice*)
Scott H. Morgan (*pro hac vice*)
100 N. Broadway, Suite 1600
St. Louis, Missouri 63102
T: 314-888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*Attorneys for Defendant FCA US LLC*