# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | C.A. No. 1:23-cv-00013-MN |

## DEFENDANT FCA US LLC'S NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 12, 2025, true and correct copies of:

- Defendant FCA US LLC's Answers to Plaintiffs' First Set of Interrogatories; and

- Defendant FCA US LLC's Response to Plaintiffs' First Set of Requests for Production of Documents

were served by electronic mail upon the following counsel of record for Plaintiffs:

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio
Jason S. Rathod
412 H. Street NE
Washington, DC 20002
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**SCOTT HIRSCH LAW GROUP PLLC**
Scott David Hirsch
6810 N. State Road 7
Coconut Creek, FL 33073
scott@scotthirschlawgroup.com

**GUSTAFSON GLUEK PLLC**
David A. Goodwin
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgoodwin@gustafsongluek.com

**DELEEUW LAW LLC**
P. Bradford deLeeuw
1301 Walnut Green Road
Wilmington, DE 19807
brad@deleeuwlaw.com

**KELLER ROHRBACK L.L.P.**
Gretchen Freeman Cappio
Ryan McDevitt
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com

Dated:  February 13, 2025						ECKERT SEAMS CHERIN & MELLOTT, LLC

By: /s/ Patrick M. Brannigan
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

- and -

**KLEIN THOMAS LEE & FRESARD**
Stephen A. D'Aunoy (*pro hac vice*)
Scott H. Morgan (*pro hac vice*)
100 N. Broadway, Suite 1600
St. Louis, Missouri 63102
T: 314-888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*Attorneys for Defendant FCA US LLC*