# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, *et. al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA U.S. LLC<br><br>Defendant. | Case No. 1:23-cv-00013-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 17, 2025, plaintiffs served the following discovery responses upon the following counsel of record in the manner indicated:

**Service List:**

**VIA E-MAIL**

Stephen A. D'Aunoy
Scott H. Morgan
KLEIN THOMAS LEE & FRESARD
100 N. Broadway, Suite 1600
St. Louis, Missouri 63102
T: 314-888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

**VIA E-MAIL**

Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
ECKERT SEAMS CHERIN &
 MELLOTT, LLC
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

**Documents Served:**

1. PLAINTIFF CHAD ALTSCHAFL'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

2. PLAINTIFF MICHAEL BENNETT'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

3. PLAINTIFF JENNIFER BERNER'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

4. PLAINTIFF MICHAEL CHAVEZ'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

5. PLAINTIFF JESSE CROWELL 'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

6. PLAINTIFF JEREMY ERSKINE'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

7. PLAINTIFF JASON FIGLEY'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

8. PLAINTIFF KENNETH FORST'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

9. PLAINTIFF STEPHANIE GELBER'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

10. PLAINTIFF CHRISTOPHER GITTING'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

11. PLAINTIFF MARK GRAM'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

12. PLAINTIFF GREGORY GRIGORIOU'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

13. PLAINTIFF JOHN AND TRACEY HANSEN'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

14. PLAINTIFF AARON KORNBLUM'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

15. PLAINTIFF FRANK KOSS'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

16. PLAINTIFF MICHAEL LINDGREN'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

17. PLAINTIFF MICHAEL MCGOWAN'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

18. PLAINTIFF RENEE MILLER'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

19. PLAINTIFF JEFFREY MONHEIT'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

20. PLAINTIFF GABE MORRISON'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

21. PLAINTIFF PETER NAU'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

22. PLAINTIFF WILLIAM NEVITT 'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

23. PLAINTIFF MATTHEW RAQUE'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

24. PLAINTIFF AMY SCHACHOW'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

25. PLAINTIFF ANSHUMAN SINGH 'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

26. PLAINTIFF GEORGE SOUDER'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

27. PLAINTIFF ROBERT THOMPSON'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

28. PLAINTIFF CHAD ALTSCHAFL'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

29. PLAINTIFF MICHAEL BENNETT'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

30. PLAINTIFF JENNIFER BERNER'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

31. PLAINTIFF MICHAEL CHAVEZ'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

32. PLAINTIFF JESSE CROWELL 'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

33. PLAINTIFF JEREMY ERSKINE'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

34. PLAINTIFF JASON FIGLEY'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

35. PLAINTIFF KENNETH FORST'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

36. PLAINTIFF STEPHANIE GELBER'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

37. PLAINTIFF MARK GRAM'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

38. PLAINTIFF GREGORY GRIGORIOU'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

39. PLAINTIFF JOHN AND TRACEY HANSEN'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

40. PLAINTIFF AARON KORNBLUM'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

41. PLAINTIFF FRANK KOSS'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

42. PLAINTIFF MICHAEL LINDGREN'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

43. PLAINTIFF MICHAEL MCGOWAN'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

44. PLAINTIFF RENEE MILLER'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

45. PLAINTIFF JEFFREY MONHEIT'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

46. PLAINTIFF GABE MORRISON'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

47. PLAINTIFF PETER NAU'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

48. PLAINTIFF WILLIAM NEVITT 'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

49. PLAINTIFF MATTHEW RAQUE'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

50. PLAINTIFF AMY SCHACHOW'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

51. PLAINTIFF ANSHUMAN SINGH 'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

52. PLAINTIFF GEORGE SOUDER'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

53. PLAINTIFF ROBERT THOMPSON'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Dated: February 18, 2025

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (DE Bar #3569)
DELEEUW LAW LLC
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

*Interim Liaison Counsel for Plaintiffs*