IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE CROWELL, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | C.A. No. 1:23-cv-00013-MN |

**<u>DEFENDANT FCA US LLC'S NOTICE OF SERVICE OF DISCOVERY DOCUMENTS</u>**

PLEASE TAKE NOTICE that true and correct copies of the following documents were served on the dates indicated to the counsel of record for Plaintiffs[1] identified below:

- FCA US LLC's Notice of Videotaped Deposition of Plaintiff Theresa Clark, served on April 30, 2025;

- FCA US LLC's Notice of Videotaped Deposition of Plaintiff Jennifer Berner, served on May 1, 2025;

- FCA US LLC's Notices of Videotaped Depositions of Plaintiffs Mike Chavez, Gabriel Morrison, and Fr. William Nevitt, served on May 12, 2025;

- FCA US LLC's Notices of Videotaped Depositions of Plaintiffs Jesse Crowell and Gregory Grigoriou, served on May 13, 2025;

- FCA US LLC's Notices of Videotaped Depositions of Plaintiffs Mike McGowan and Anshuman Singh, served on May 14, 2025;

- FCA US LLC's Notices of Videotaped Depositions of Plaintiffs Chad Altschafl, Aaron Kornblum, Jeffrey Monheit, and Matthew Raque, served on May 21, 2025;

- FCA US LLC's Notice of Videotaped Deposition of Plaintiff Mark Grams, served on June 3, 2025;

---

[1] Attorney Bruno Ortega-Toledo did not receive discovery documents served in this matter before his *pro hac vice* motion was filed on May 2, 2025.  Likewise, Attorney Shashi K. Gowda did not receive discovery documents served prior to June 9, 2025, the day his *pro hac vice* motion was filed.

- FCA US LLC's Notice of Videotaped Deposition of Plaintiff Stephanie Gelber, served on June 4, 2025;

- FCA US LLC's Notices of Videotaped Depositions of Plaintiffs Amy Schachow and Frank Koss, served on June 6, 2025;

- Defendant FCA US LLC's Response to Plaintiffs' Second Set of Requests for Production of Documents, served on June 9, 2025; and

- FCA US LLC's Notice of Document Subpoenas, served on June 10, 2025.

| | |
|---|---|
| **DELEEUW LAW LLC**<br>P. Bradford deLeeuw<br>1301 Walnut Green Road<br>Wilmington, DE 19807<br>brad@deleeuwlaw.com | **MIGLIACCIO & RATHOD LLP**<br>Nicholas A. Migliaccio<br>Jason S. Rathod<br>Bruno Ortega-Toledo<br>412 H. Street NE<br>Washington, DC 20002<br>nmigliaccio@classlawdc.com<br>jrathod@classlawdc.com<br>bortega@classlawdc.co |
| **SCOTT HIRSCH LAW GROUP PLLC**<br>Scott David Hirsch<br>6810 N. State Road 7<br>Coconut Creek, FL 33073<br>scott@scotthirschlawgroup.com | |
| | **KELLER ROHRBACK L.L.P.**<br>Gretchen Freeman Cappio<br>Ryan McDevitt<br>Rachel Bowanko<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>gcappio@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com<br>rbowanko@kellerrohrback.com |
| **GUSTAFSON GLUEK PLLC**<br>David A. Goodwin<br>Shashi K. Gowda<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dgoodwin@gustafsongluek.com<br>sgowda@gustafsongluek.com | |

Dated: June 10, 2025    **ECKERT SEAMS CHERIN & MELLOTT, LLC**

By: /s/ *Patrick M. Brannigan*
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

2

**KLEIN THOMAS LEE & FRESARD**
Stephen A. D'Aunoy (*pro hac vice*)
Scott H. Morgan (*pro hac vice*)
Sarah K. Molina (*pro hac vice*)
100 N. Broadway, Suite 1600
St. Louis, Missouri 63102
T: 314-888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com
sarah.molina@kleinthomaslaw.com

*Attorneys for Defendant FCA US LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 10, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

                                                          /s/ Patrick M. Brannigan