# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESSE CROWELL, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) | C.A. No. 1:23-cv-00013-MN |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| FCA US LLC, *et al.*, | ) ) | |
| *Defendants*. | ) | |

## JOINT STATUS REPORT FOLLOWING MEDIATION

Plaintiffs and Defendant FCA US LLC write to update the Court on their settlement efforts. *See* D.I. 134.

Following a productive mediation with JAMS ADR's Bradley Winters on November 18, 2025, the parties made substantial progress on reaching a preliminary agreement on the primary terms of a settlement.  The parties are working with Mr. Winters to schedule a second mediation session in January based on his and counsel's availability to finalize the remaining terms.

The parties jointly request that the Court continue its stay of proceedings,[1] *see* D.I. 128, for the next sixty days, during which the parties will update the Court on when the next mediation is scheduled and again within seven days of that second session on its results.

---

[1] *See, e.g., Ferrari v. Forbes Media LLC*, 2025 WL 860064, *3 (D.Del. 2025); *KGaA v. Hopewell Pharma Ventures, Inc.*, 2025 WL 894551, *2 (D.Del. 2025); *see also Richter v. City of Commerce City, Colorado*, 2016 WL 9738099, *1 (D.Colo. 2016) ("the Court acknowledges the efficiency and fairness of delaying the proceedings for a brief period pending a possible settlement that could resolve this matter in its entirety"); *Rivera v. Attorney Gen.*, 2025 WL 1379275, *3 (D.N.J. 2025) (good cause for stay found where "it would not be an efficient use of court resources to continue"); *Alloway v. Bowlero Corp.*, 2024 WL 4827752, *6 (E.D.N.Y. 2024) (stay granted where "parties could not only avoid substantial hardship, but also prevent a waste of precious resources").

*/s/  P. Bradford deLeeuw*

**DELEEUW LAW LLC**
P. Bradford deLeeuw (DE Bar No. 3569)
1301 Walnut Green Road
Wilmington, Delaware 19807
T: (302) 274-2180
brad@deleeuwlaw.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio
Jason S. Rathod
412 H St. NE, Suite 302
Washington D.C. 20002
T: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
David A. Goodwin
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com

*-and-*

**SCOTT HIRSCH LAW GROUP, PLLC**
Scott D. Hirsch
6810 N. St. Road 7
Coconut Creek, FL 33073
T: (561) 569-6283
scott@scotthirschlawgroup.com

**COUNSEL FOR PLAINTIFFS**

*/s/  Patrick M. Brannigan*

**ECKERT SEAMANS CHERIN &
MELLOTT, LLC**
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

*-and-*

**KLEIN THOMAS LEE & FRESARD**
Stephen A. D'Aunoy (*pro hac vice*)
Scott H. Morgan (*pro hac vice*)
100 N. Broadway, Suite 1600
St. Louis, Missouri 63102
T:  (314) 888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

**COUNSEL FOR FCA US LLC**