## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESSE CROWELL, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) | C.A. No. 1:23-cv-00013-MN |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | |
| FCA US LLC, | ) ) | |
| *Defendant*. | ) ) | |

### JOINT STATUS REPORT FOLLOWING MEDIATION

The parties have reached an agreement on settlement, subject to final approval by FCA US's management.   In the meantime, the parties are working on finalizing the written agreement and Plaintiffs plan to file their motion for preliminary approval of the settlement within ninety days.


 /s/  P. Bradford deLeeuw
**DELEEUW LAW LLC**
P. Bradford deLeeuw (DE Bar No. 3569)
1301 Walnut Green Road
Wilmington, Delaware 19807
T: (302) 274-2180
brad@deleeuwlaw.com


**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio
Jason S. Rathod
412 H St. NE, Suite 302
Washington D.C. 20002
T: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

 /s/  Patrick M. Brannigan
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, Delawares 19801
T: 302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

*-and-*

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
David A. Goodwin
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com

*-and-*

**SCOTT HIRSCH LAW GROUP, PLLC**
Scott D. Hirsch
6810 N. St. Road 7
Coconut Creek, FL 33073
T: (561) 569-6283
scott@scotthirschlawgroup.com

**COUNSEL FOR PLAINTIFFS**

**KLEIN THOMAS LEE & FRESARD**
Stephen A. D'Aunoy (*pro hac vice*)
Scott H. Morgan (*pro hac vice*)
100 N. Broadway, Suite 1600
St. Louis, Missouri 63102
T:  (314) 888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

**COUNSEL FOR FCA US LLC**

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 20, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

*/s/  Patrick M. Brannigan*